## Commonwealth v. Kibler, Appellant.

Submitted September 9, 1974. *William H. Platt*, Assistant Public Defender, for appellant; *Howard R. Miller*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth v. Maddox, Appellant.

Argued September 17, 1974. *R. Barclay Surrick*, Assistant Public Defender, with him *Kenneth P. Barrow*, Public Defender, for appellant; *Anna Iwachiw Vadino*, Assistant District Attorney, with her *Ralph B. D'Iorio* and *John G. Siegle*, Assistant District Attorneys, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., absent.

## Commonwealth v. McElroy, Appellant.

order by BROWN, J. Submitted March 17, 1975. *Penn B. Glazier* and *Philip M. Cullen*, Assistant Public Defenders, and *Theodore S. Danforth*, Public Defender, for appellant; *Mary Anne Motter* and *Robert A. Longo*, Assistant District Attorneys, and *D. Richard Eckman*, District Attorney, for Commonwealth, appellee.

Order affirmed.